# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**TIMOTHY MAURICE KELLY**                          **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO. 3:06cv666TSL-JCS**

**MALCOLM McMILLIN, et al.**                          **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of the United States Magistrate Judge entered in this cause on or about November 19, 2007, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the  11th   day of December, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE